■ The People of the State of New York, Respondent, v Keith R. Surico, Appellant. [28 NYS3d 330]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Forman, J.), rendered November 25, 2014, convicting him of robbery in the third degree (three counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, since his waiver of indictment satisfied all of the requirements of the New York Constitution and CPL article 195, the waiver of indictment was valid (*see* NY Const, art I, § 6; CPL 195.10, 195.20; *People v Sze*, 113 AD3d 795 [2014]; *People v Davis*, 84 AD3d 1645, 1646 [2011]; *People v Wicks*, 42 AD3d 585 [2007]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit.

Mastro, J.P., Dillon, Hinds-Radix and Maltese, JJ., concur.